IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WILLIAM J. CUSICK and MICHELLE E. CUSICK, on behalf of themselves and all others similarly situated, <br> *Plaintiff,* <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 6:12-cv-201 |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

After considering Plaintiffs' notice of dismissal, the court

GRANTS the notice and dismisses the case without prejudice to the refiling of same.

SIGNED on *September 27,* 2012.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
J. Patrick Sutton